Núm. 46.—In re Francisco González, Jr., querellado.—Original. *Disbarment.* Enero 12, 1939.

Por cuanto, el Fiscal de este Tribunal Supremo radicó en 19 de diciembre de 1938 una querella jurada contra Francisco González, Jr., abogado admitido a postular ante los tribunales insulares desde el 12 de diciembre de 1921, y al ejercicio del Notariado desde el día 22 del mismo mes y año, imputando a dicho abogado el haber realizado hechos que no solamente implican depravación y conducta inmoral en la práctica de su profesión de abogado, sino que también pueden ser constitutivos de delito;

Por cuanto, después de haber sido debidamente notificado con copia de la querella y de conocer su contenido, el querellado radicó una contestación en la que admite y acepta como probados todos los hechos esenciales alegados por el fiscal en su querella;

Por cuanto, habiendo sido admitidas todas las imputaciones de la querella, por el abogado querellado, no es necesario celebrar una vista ni practicar prueba alguna;

Por cuanto, los cargos formulados en contra del querellado y admitidos por éste constituyen a juicio de este Tribunal Supremo causa grave y suficiente para justificar la remoción (*disbarment*) del querellado como abogado y como notario y la eliminación de su nombre de los registros de Abogados y Notarios;

Por lo tanto, vistas las disposiciones de la Ley de 11 de marzo de 1909, titulada "Ley proveyendo para la organización de una Comisión que examine e informe sobre las condiciones morales de los aspirantes al ejercicio de la abogacía ante los tribunales de la Isla de Puerto Rico, definiendo determinados deberes de los abogados y para otros fines," las de la "Ley para regular el ejercicio de la profesión notarial en Puerto Rico," aprobada en marzo 8, 1905, y la jurisprudencia establecida por este tribunal en los casos de *In re Figueroa Maestre*, 20 D.P.R. 466, *In re Angel Torregrosa*, 25 D.P.R. 637, e *In re Erasto J. Arjona Siaca et al.*, 40 D.P.R. 109, se decreta y ordena la remoción del querellado del ejercicio de su profesión de abogado, así como del ejercicio del notariado, y la eliminación de su nombre del Registro de Abogados y del Registro de Notarios de esta Isla.

Núm. 64.—Montaner, Admor., recurrente, *v.* Comisión Industrial de Puerto Rico, dmdada. y Santini Fertilizer, patrono ante la Comisión.—Original. Recurso de Revisión. Enero 12, 1939.